ORIGINAL

# United States Court of Federal Claims

No. 15-171 C
June 5, 2015

**FILED**

JUN − 5 2015

**U.S. COURT OF
FEDERAL CLAIMS**

DONNA MARIE CONNER,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## ORDER DISMISSING CASE

Before the court is defendant's motion to dismiss for lack of subject jurisdiction, filed on April 20, 2015 pursuant to Rule 12(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"). Additionally, plaintiff has filed a motion to proceed *in forma pauperis.*

Plaintiff, proceeding *pro se,* filed a complaint on February 18, 2015, alleging that government officials from New Hampshire, Virginia, the Department of Justice, and Canada committed various crimes against her. For instance, plaintiff alleges that various state officials broke into her apartment, stole documents, and attempted to poison her by tampering with her eye drops. Plaintiff also appears to allege that the President of the United States engaged in a conspiracy with the Supreme Court and Canadian immigration officials to prevent her from obtaining asylum in Canada. Additionally, plaintiff vaguely asserts that these officials violated rights protected by the First, Fourth, Fifth, Sixth, Seventh, Eighth, Tenth, Thirteenth and Fourteenth Amendments of the United States Constitution. Plaintiff seeks $20 billion in damages.

Plaintiff's extraordinary allegations—even if true—do not give rise to any cause of action over which this court has subject-matter jurisdiction. This court's authority to hear cases is primarily defined by the Tucker Act, which grants this court jurisdiction over claims against the United States that are founded on a money-mandating source of law and do not sound in tort. 28 U.S.C. § 1491(a)(1).

In consideration of the above, plaintiff's MOTION to proceed *in forma pauperis* is GRANTED. Further, defendant's MOTION to dismiss is GRANTED. The Clerk is hereby directed to take the necessary steps to dismiss this matter.

**IT IS SO ORDERED.**

Lawrence J. Block
Judge